No. 116. OGDEN CORPORATION *v.* FIELDING ET AL. C. A. 2d Cir. Certiorari denied. *Richard Joyce Smith* for petitioner. *Mortimer Hays* for respondents. █

No. 118. JOHNSTON *v.* MCINTEE ET AL. C. A. 7th Cir. Certiorari denied. *Charles Ralph Johnston* and *Hector A. Brouillet* for petitioner. *Claude A. Roth, Harry E. Smoot, Louis M. Mantynband* and *George L. Siegel* for respondents.

No. 119. LOCKHART *v.* IOWA. Supreme Court of Iowa. Certiorari denied. *Eugene Cotton* and *Edward J. Dahms* for petitioner.

No. 120. PORTER *v.* BENNISON ET AL. C. A. 10th Cir. Certiorari denied. *I. H. Spears* for petitioner.

No. 121. BENEDUM ET AL. *v.* GRANGER, COLLECTOR OF INTERNAL REVENUE. C. A. 3d Cir. Certiorari denied. *C. L. Wallace* and *Wm. Alvah Stewart* for petitioners. *Acting Solicitor General Raum, Assistant Attorney General Caudle, Ellis N. Slack* and *Morton K. Rothschild* for respondent.

No. 123. DENISON *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 6th Cir. Certiorari denied. *Edward S. Reid, Jr.* and *Emmett E. Eagan* for petitioner. *Solicitor General Perlman, Assistant Attorney General Caudle* and *Ellis N. Slack* for respondent.

No. 124. SMILEY *v.* UNITED STATES; and
No. 213. UNITED STATES *v.* SMILEY. C. A. 9th Cir. Certiorari denied. *Otto Christensen* for petitioner in No.